UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANTHONY DERAY BENN,

              Plaintiff,                Case No. 1:23-cv-11

v.                               Honorable Ray Kent

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

              Defendants.
_____/

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** on grounds of immunity and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law medical malpractice claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over such claims.

Dated:   March 27, 2023                /s/ Ray Kent
                                     Ray Kent
                                     United States Magistrate Judge